CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Jaime Rene Chub**<br>YOB: 2000; Citizen of Guatemala | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>24-05414MJ |

Complaint for violation of Title 8, United States Code Sections 1326(a) and 1325(a)(1)

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

<u>Count 1</u>: On or about December 8, 2024, at or near Nogales, in the District of Arizona, **Jaime Rene Chub**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Alexandria, Louisiana on October 28, 2024, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), a felony.

<u>Count 2</u>: On or about December 8, 2024, at or near Nogales, in District of Arizona, **Jaime Rene Chub**, an alien, did unlawfully enter the United States of America from Mexico, at a time or place other than as designated by immigration officials of the United States of America, in violation of Title 8, United States Code, Section 1325(a)(1), a petty misdemeanor.

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

**Jaime Rene Chub** is a citizen of Guatemala. On October 28, 2024, **Jaime Rene Chub** was lawfully denied admission, excluded, deported and removed from the United States through Alexandria, Louisiana. On December 8, 2024, agents found **Jaime Rene Chub** in the United States at or near Nogales, Arizona without the proper immigration documents. **Jaime Rene Chub** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States. Furthermore, **Jaime Rene Chub** admitted to illegally entering the United States of America from Mexico on or about December 8, 2024, at or near Nogales, Arizona at a time or place other than as designated by immigration officials.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Border Patrol Agent<br>Andrew J. Carpenter |
|---|---|
| Sworn by telephone  x | |
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*Maria S. Aguilera* | DATE<br>December 9, 2024 |

1) See Federal rules of Criminal Procedure Rules 3, 4.1, and 54
Reviewing AUSA: Hopkins